

# Missouri Court of Appeals
## Southern District

**APRIL 14, 2016**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1. SD34181 IN THE INTEREST OF: I.N.G., a child under seventeen years of age, B.D.C., Respondent-Appellant
vs.
GREENE COUNTY JUVENILE OFFICE, Petitioner-Respondent, and MISSOURI DEPT. OF SOCIAL SERVICES, CHILDREN'S DIVISION, Respondent

2. SD34135 IN THE INTEREST OF: D.R.O., A minor child under seventeen years of age. GREENE COUNTY JUVENILE OFFICE, Petitioner-Respondent
vs.
L.D.A.E., Respondent-Appellant